■ ACADIA-P/A 161ST STREET LLC, Respondent-Appellant, v PROSKAUER ROSE LLP, Appellants-Respondents, et al., Defendant. (And Other Actions.) [891 NYS2d 645]—

Concur—Gonzalez, P.J., Buckley, Catterson, McGuire and Renwick, JJ.